AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

|  |  |
|---|---|
| Juana Almeida Guerrero & <br> Juan Pedro Zuñiga Galvan <br> ──────────────────────── <br> *Plaintiff(s)* <br><br> v. <br><br> BC-Pat Booker, Inc. (dba Tia's Taco Hut), BC & LC <br> Investments, Inc. (dba Tia's Taco Hut), Tia's Taco <br> Hut Inc. (dba Tia's Taco Hut), Castellan Corporation <br> (dba Tia's Taco Hut), & Julio C. Castellanos <br> ──────────────────────── <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  5:19-cv-1476-OLG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> BC & LC Investments, Inc.
> c/o Registered Agent Alicia Lozano
> 6820 Huebner Road
> San Antonio, Texas 78238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Colleen Mulholland
> Equal Justice Center
> 8301 Broadway, Ste. 309
> San Antonio, Texas 78209
> (210) 308-6222, ext. 101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    JEANNETTE J. CLACK

Date:  01/06/2020  _____



                                          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:19-cv-1476-OLG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*

                                 _____
                                              *Printed name and title*

                                 _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of Texas

| | |
|---|---|
| Juana Almeida Guerrero & <br> Juan Pedro Zuñiga Galvan <br><br> *Plaintiff(s)* <br><br> v. <br><br> BC-Pat Booker, Inc. (dba Tia's Taco Hut), BC & LC <br> Investments, Inc. (dba Tia's Taco Hut), Tia's Taco <br> Hut Inc. (dba Tia's Taco Hut), Castellan Corporation <br> (dba Tia's Taco Hut), & Julio C. Castellanos <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )       Civil Action No.  5:19-cv-1476-OLG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BC-Pat Booker, Inc.
c/o Registered Agent Alicia Lozano
405 Pat Booker Road
Universal City, Texas 78148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Colleen Mulholland
Equal Justice Center
8301 Broadway, Ste. 309
San Antonio, Texas 78209
(210) 308-6222, ext. 101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     JEANNETTE J. CLACK

Date:  01/06/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   5:19-cv-1476-OLG

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| Juana Almeida Guerrero & <br> Juan Pedro Zuñiga Galvan <br><br> _Plaintiff(s)_ <br> v. <br><br> BC-Pat Booker, Inc. (dba Tia's Taco Hut), BC & LC <br> Investments, Inc. (dba Tia's Taco Hut), Tia's Taco <br> Hut Inc. (dba Tia's Taco Hut), Castellan Corporation <br> (dba Tia's Taco Hut), & Julio C. Castellanos <br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  5:19-cv-1476-OLG <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Tia's Taco Hut Inc.
> c/o Registered Agent Alicia Lozano
> 479 Spencer Lane
> San Antonio, Texas 78201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Colleen Mulholland
> Equal Justice Center
> 8301 Broadway, Ste. 309
> San Antonio, Texas 78209
> (210) 308-6222, ext. 101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

Date:  __01/06/2020__



_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:19-cv-1476-OLG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*

                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| Juana Almeida Guerrero &<br>Juan Pedro Zuñiga Galvan<br><br>_____<br>*Plaintiff(s)*<br>v.<br>BC-Pat Booker, Inc. (dba Tia's Taco Hut), BC & LC<br>Investments, Inc. (dba Tia's Taco Hut), Tia's Taco<br>Hut Inc. (dba Tia's Taco Hut), Castellan Corporation<br>(dba Tia's Taco Hut), & Julio C. Castellanos<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  5:19-cv-1476-OLG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Castellan Corporation
> c/o Registered Agent Julio Castellanos
> 5803 Joiner #46
> San Antonio, Texas 78238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Colleen Mulholland
> Equal Justice Center
> 8301 Broadway, Ste. 309
> San Antonio, Texas 78209
> (210) 308-6222, ext. 101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    JEANNETTE J. CLACK

Date:  01/06/2020   _____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:19-cv-1476-OLG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| Juana Almeida Guerrero & Juan Pedro Zuñiga Galvan<br><br>_Plaintiff(s)_<br>v.<br><br>BC-Pat Booker, Inc. (dba Tia's Taco Hut), BC & LC Investments, Inc. (dba Tia's Taco Hut), Tia's Taco Hut Inc. (dba Tia's Taco Hut), Castellan Corporation (dba Tia's Taco Hut), & Julio C. Castellanos<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  5:19-cv-1476-OLG<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Julio C. Castellanos
1439 Roosevelt Avenue
San Antonio, Texas 78210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Colleen Mulholland
Equal Justice Center
8301 Broadway, Ste. 309
San Antonio, Texas 78209
(210) 308-6222, ext. 101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

Date:  01/06/2020 _____          _____
                                                _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  5:19-cv-1476-OLG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                            *Server's signature*

                               _____
                                            *Printed name and title*


                               _____
                                            *Server's address*

Additional information regarding attempted service, etc: