IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Juana Almeida Guerrero and<br>Juan Pedro Zuñiga Galvan,<br><br>*Plaintiffs,*<br><br>vs.<br><br>BC-Pat Booker, Inc. (dba Tia's Taco Hut), BC & LC Investments, Inc. (dba Tia's Taco Hut), Tia's Taco Hut Inc. (dba Tia's Taco Hut),<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:19-cv-1476-HJB<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CLAIMS WITH PREJUDICE AGAINST DEFENDANTS

Came this day for consideration Plaintiffs' Unopposed Motion to Dismiss All Claims Against Defendants in connection with the above-referenced case (the "Motion"). (Dkt. No. 32). After due consideration, this Court is of the opinion that the Motion should be in all things **GRANTED**.

**NOW, THEREFORE**, it is hereby **ORDERED** that all claims against Defendants in the above action be and hereby are dismissed with prejudice and with each party bearing its own costs and attorney's fees.

SIGNED this 9th day of March, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge